**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
      devin.rivero@whitecase.com

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
      kcasteel@askllp.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
      lucas.curtis@whitecase.com
      nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
      laura.baccash@whitecase.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Reorganized Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, <br><br> Plaintiff, <br> v. <br><br> SAMIER SAAD ALSHUKRI, <br><br> Defendant. | § § § § § § § § § § § § § § § Adv. Proc. No.  24-03484 - mg |

### NOTICE OF PRESENTMENT OF APPLICATION FOR ISSUANCE OF A LETTER ROGATORY SEEKING SERVICE OF PROCESS IN UNITED ARAB EMIRATES

PLEASE TAKE NOTICE that the undersigned will present the attached application ("Application") seeking entry of an order, in the form annexed to the Application as Exhibit A, issuing a letter rogatory pursuant to Fed. R. Civ. P. 4(f)(2)(B), addressed to the appropriate Emiratian judicial authority, requesting that the Emiratian court cause the Adversary Complaint [Dkt. No. 1] and Summons and Notice of Pretrial Conference in an Adversary Proceeding [Dkt. No. 2] to be served upon Defendant SAMIER SAAD ALSHUKRI, to the Honorable Judge Martin Glenn, United States Bankruptcy Judge for signature on **December 3, 2024 at 5:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Court, and shall be filed with the Court (a) electronically in accordance with Local Rule 5005-2 and General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Court's CM/ECF filing system, and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable

---

GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2

document format (PDF), Word, or any other Windows-based word processing format, with a hard copy delivered directly to Chambers, in accordance with the customary practices of the Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 upon the attorneys for Plaintiff: ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota 55121 (Attn: Brigette G. McGrath, Esq.), so as to be received no later than December 3, 2024 at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that if no responses or objections are timely filed and served with respect to the Application, the Court may enter an order, substantially in the form annexed to the Application, without any further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that if a written response or objection is timely filed, a hearing on the Application may be held before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, on a date and at a time and place to be fixed by the Court.

Dated: November 26, 2024            **ASK LLP**

    By: /s/ Brigette G. McGrath
    Brigette McGrath, Esq.
    Kara E. Casteel, Esq. (admitted *pro hac vice*)
    2600 Eagan Woods Drive, Suite 400
    St. Paul, Minnesota 55121
    Telephone: (651) 406-9665
    Facsimile: (651) 406-9676
    Email: bmcgrath@askllp.com
             kcasteel@askllp.com

 -and-

Marianna Udem, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

3

**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
　　　　jweedman@whitecase.com.
　　　　lucas.curtis@whitecase.com
　　　　nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
　　　　laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com

*Co-Counsel to Mohsin Y. Meghji,*
*Litigation Administrator, as*
*Representative for the Post-Effective*
*Date Debtors*