**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS, | Adv. Proc. No. 24-03484 - mg |
| Plaintiff, | |
| v. | |
| SAMIER SAAD ALSHUKRI, | |
| Defendant. | |

**ORDER GRANTING APPLICATION FOR ISSUANCE OF A**
**LETTERS ROGATORY**
**SEEKING SERVICE OF PROCESS IN UNITED ARAB EMIRATES**

Upon the application (the "Application"), dated November 26, 2024, of Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Debtors seeking entry of an order issuing a letter rogatory to be transmitted to the appropriate Emiratian judiciary authority and requesting that the Emiratian court cause the Adversary Complaint [Dkt. No. 1] and Summons and Notice of Pretrial Conference in an Adversary Proceeding [Dkt. No. 2] to be served upon Defendant SAMIER SAAD ALSHUKRI; and it appearing that due and sufficient notice of the

---

[1] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Application has been given under the circumstances; and it further appearing that the relief sought in the Application is appropriate based upon the information provided in the Application; and it further appearing that this Court has jurisdiction to consider the Application and the relief requested therein; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Application is granted in its entirety; and it is further

ORDERED, that the letter rogatory forwarded to the Court shall not be docketed but shall be signed by the Court and stamped with the seal of the Court.

Dated: New York, New York
       December ___, 2024

                                            _____
                                            Honorable Martin Glenn
                                            United States Bankruptcy Judge